UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

4611 SHARK DRIVE VETERANS TRUST,

           Debtor.

CASE NO.: 8:15-bk-01573-CPM
Chapter 7

_____

4611 SHARK DRIVE VETERANS TRUST
and LYNDA MELNICK,

           Plaintiff,

v.

Adversarial Proceeding No.:
8:15-ap-00633-CPM

HSBC BANK USA, NATIONAL ASSOCIATION
AS TRUSTEE FOR WELLS FARGO ASSET
SECURITIES CORPORATION, MORTGAGE
PASS-THROUGH CERTIFICATES SERIES
2007-7
,

           Defendant.

_____

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Creditor Wells Fargo Bank, N.A. and, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case be delivered and served upon the party identified below at the following address:

Courtney A. McCormick, Esq.
McGUIREWOODS LLP
50 N. Laura Street
Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207
Email: cmccormick@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

McGUIREWOODS LLP


By____*/s/ Courtney A. McCormick*_____
Sara F. Holladay-Tobias (FL Bar No. 0026225)
Emily Y. Rottmann (FL Bar No. 93154)
Courtney A. McCormick (FL Bar No. 92879)
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200
(904) 798-3207 (fax)
sfhollad@mcguirewoods.com
erottmann@mcguirewoods.com
cmccormick@mcguirewoods.com

*Attorneys for Creditor Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on July 30, 2015.  I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

David A. Fernandez, Esq.
Fernandez Benjamin, PLLC
5716 5th Avenue North
St. Petersburg, FL  33710
david@fernandezbenjamin.com
service@fernandezbenjamin.com

*Attorneys for Plaintiff 4611 Shark Drive*
*Veterans Trust and Lynda Melnick*

_____ */s/ Courtney A. McCormick* ___
Attorney

69514109v1